# Court of Appeals
# of the State of Georgia

ATLANTA,____June 12, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0418.   GEORGIA DEPARTMENT OF TRANSPORTATION v. SHIV ABAN, INC.

Applicant Georgia Department of Transportation has filed a motion to withdraw its request for discretionary review ("Motion to Dismiss Application for Discretionary Appeal," filed on June 4, 2015).   The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/12/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*